**PHILIP R. WOOTEN**
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
Telephone: 480-598-4330
Facsimile:  480-598-4331
philip.wooten@azbar.org
*Attorney for Defendant Trans Union LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JASON R. HOPE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>    Defendants. | Case No. _____<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>(Removed from Superior Court of the State of Arizona, County of Maricopa, Case No. CV2009-055306) |

Trans Union LLC ("Trans Union"), files this Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof, would respectfully show the Court as follows:

### A. Procedural Background

1.   On December 15, 2009, Plaintiff Jason R. Hope ("Plaintiff") filed the Original Complaint in this action in the Superior Court of the State of Arizona, Maricopa County, Case No. CV2009-055306 ("State Court Action"), alleging that Defendant Trans Union violated the Federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq*., and Arizona Consumer Reporting Agencies and Fair Credit Reporting Act, A.R.S. 44-1691, *et. seq*.[1]  A complete and accurate copy of the Complaint in the State Court Action is attached hereto as Exhibit A.

---

[1] Plaintiff has also sued credit reporting agencies Experian Information Solutions Inc. and Equifax Information Services LLC in separate lawsuits, both of which are pending before this Court and arise out of the same facts.  *See Hope v. Experian Information Solutions*, 2:10-cv-00025-MHM and *Hope v. Equifax Inc.*, 2:10-cv-00089-MHM.

2. Trans Union was served with Plaintiff's Original Complaint on December 15, 2009.

### B. Grounds for Removal

3. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) because it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Moreover, Plaintiff's state law claims under Arizona Consumer Reporting Agencies and Fair Credit Reporting Act, A.R.S. 44-1691, *et. seq*. may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C. Compliance with Procedural Requirements

4. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

5. Promptly after the filing of this Notice of Removal, Trans Union will give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, Maricopa County, as required by 28 U.S.C. § 1446(d).

6. Default was entered against Trans Union on January 18, 2010, in the Superior Court of the State of Arizona, Maricopa County, Case No. CV2009-055306. Filed concurrently with this Notice of Removal is Trans Union's Motion to Set Aside Default Judgment.

7. All pleadings and orders on file in the Superior Court of the State of Arizona, Maricopa County, Case No. CV2009-055306, are attached hereto as follows:

| Plaintiff's Complaint | Exhibit A |
|---|---|
| Summons | Exhibit B |

2986127.1/SP/83057/0100/021010

| | |
|---|---|
| Certificate of Compulsory Arbitration | Exhibit C |
| Certificate or Affidavit of Service | Exhibit D |
| Application for Entry of Default and Entry of Default | Exhibit E |
| Affidavit in Support of Entry of Default | Exhibit F |
| Affidavit for Judgment by Default | Exhibit G |
| Motion for Judgment by Default | Exhibit H |
| Minute Entry | Exhibit I |

8. By filling this Notice of Removal, Trans Union consents to the removal of this case.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: February 16, 2010.

Respectfully Submitted,

By /s/ Philip R. Wooten
Philip R. Wooten
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
Telephone: 480-598-4330
Facsimile:  480-598-4331
philip.wooten@azbar.org
*Attorney for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to the following on this the 16th day of February, 2010 as follows:

Jason R. Hope     *(Via CM/RRR/1st Class)*
15333 N. Pima Road #370
Scottsdale, AZ 85260
(602) 999-0082
***Plaintiff Pro Se***

By /s/ Philip R. Wooten
Philip R. Wooten