# EXHIBIT A

JASON R. HOPE
Pro Per
15333 N Pima Rd #370
Scottsdale, AZ 85260
602-999-0082

COPY

DEC 15 2009

MICHAEL K. JEANES, CLERK
[signature]
DEPUTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| JASON R. HOPE, an individual, | No. CV- **CV2009-055306** |
| Plaintiff, | **COMPLAINT** |
| and | (Violations of the FCRA and Arizona Laws, Defamation) |
| TRANS UNION LLC., | |
| Defendant. | |

### JURISDICTION

Plaintiff, for his complaint against Defendant, hereby pleads and alleges as follows:

1. Plaintiff is an individual residing in Maricopa County, Arizona.

2. Defendant TRANS UNION LLC., is an LLC registered to do business and doing business in Maricopa County, Arizona.

3. All transactions, events, occurrences relevant hereto took place in Maricopa County and/or qualify under Arizona and/or Federal law as under the jurisdiction of the Maricopa County Superior Court.

### CLAIMS

1. Plaintiff filed a formal dispute regarding several items on his credit report with Defendant

in October, 2009. This dispute contained very specific disputed facts and information as well as some paperwork.

2. Defendant failed to reasonably investigate any of the disputed items pursuant to its duty under 15 U.S.C. § 1681n

3. Defendant failed to investigate some of the items at all, violation of FCRA 611 Part (a)(1)

4. Defendant, after being provided proof of inaccuracies, failed to correct them, which creates liability for Defamation and willful injury under FCRA 623, CUSHMAN, v. TRANS UNION CORPORATION US Court of Appeals for the Third Circuit Court Case 115 F.3d 220 June 9, 1997, Filed (D.C. No. 95-cv-01743).

5. Defendant also re-aged some of the accounts, violating FCRA section 605c

6. Defendant has an extensive duty under ARS 44-1694 to meet a number of criteria and perform a number of actions when in receipt of a dispute, none of which the Defendant did, giving rise to liability under ARS 44-1695 and 1696

### **RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. $250,000 in punitive and compensatory damages,

2. Correction of all accounts and inquiries disputed with Defendant,

3. Attorney fees and/or court costs,

4. Referrals to the Federal Trade Commission, US Attorney General, and Arizona State Attorney General for state and federal civil and criminal prosecution regarding the

violations herein, **(NOTE: Violations of the Arizona Consumer Reporting Agencies and Fair Credit Reporting Article constitute criminal offenses)**

5. Such other and further relief as the Court may deem just and proper.

**RESPECTFULLY SUBMITTED** this 15TH day of December, 2009.

By_____
Jason Hope/Plaintiff

ORIGINAL of the foregoing filed
this 15TH day of December, 2009,
with:

Clerk of the Superior Court
Maricopa County

COPY of the served
this 15TH day of December, 2009, to:

TRANS UNION LLC.
% PRENTICE-HALL CORP SYSTEM
2338 W ROYAL PALM RD
PHOENIX, AZ  85021

By_____