Philip R. Wooten (Arizona State Bar No. 007006)
Philip R. Wooten PC
3413 E. Equestrian Trail
Arizona State Bar No. 007006
Phoenix, AZ 85044-3403
Facsimile: 480-598-4331
Telephone: 480-598-4330
philip.wooten@azbar.org
 and
Tiffany L. Cox (Admitted *Pro Hac Vice*)
Strasburger & Price, LLP
2801 Network Blvd., Suite 600
Frisco, TX 75034
tiffany.cox@strasburger.com
469-287-3921
469-227-6581 (Fax)
***Attorneys for Defendant, Trans Union LLC***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JASON R. HOPE, an individual, | Case No. 2:10-cv-00326-MHM |
| Plaintiff, | |
| v. | **STIPULATION TO REMAND TO STATE COURT** |
| TRANS UNION LLC, | |
| Defendants. | |

COME NOW, Plaintiff Jason R. Hope and Defendant Trans Union LLC, by and through undersigned counsel, and hereby stipulate and agree to remand the case to Maricopa County Superior Court for further proceedings in this matter.

RESPECTFULLY SUBMITTED this 12th day of April, 2010.

STIPULATION TO REMAND TO STATE COURT - 1 -
3034613.2/SP/83057/0979/041210

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DIOGUARDI FLYNN LLP**


By: /s/ *Todd A. Williams*
   John P. Flynn
   Peter J. Moolenaar
   Todd A. Williams
   *Attorneys for Plaintiff Jason R. Hope*


**PHILIP R. WOOTEN PC**
**STRASBURGER & PRICE, LLP**


By: /s/ *Tiffany L. Cox*
   Philip R. Wooten
   Tiffany L. Cox
   *Attorneys for Defendant Trans Union LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12th, 2010 I electronically transmitted the attached document to the Clerk's Office using the ECM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Todd A. Williams
John P. Flynn, II
Peter J. Moolenaar
DIOGUARDI FLYNN LLP
7001 North Scottsdale Road, Suite 2060
Scottsdale, AZ 85253
480.970.2431
480.951.8824 (FAX)
*Plaintiff's Counsel*

/s/ *Tiffany L. Cox*
**TIFFANY L. COX**