IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JASON R. HOPE, an individual, | Case No.  CV 10-00326-PHX-MHM |
| Plaintiff, | **ORDER REMANDING CASE** |
| v. | |
| TRANS UNION LLC, | |
| Defendant. | |

Pursuant to stipulation of the parties, and for good cause appearing,

IT IS HEREBY ORDERED that this case be remanded to Maricopa County Superior Court for further proceedings in this matter.

Dated this 14th day of April, 2010.

_____
Mary H. Murgula
United States District Judge